**EXHIBIT 2:** INFRINGEMENT #1

URL: https://perezhilton.com/university-of-idaho-murders-white-hyundai-elantra-found-wrecked-oregon/



**EXHIBIT 2:** INFRINGEMENT #2

URL: https://www.facebook.com/PerezHilton/posts/6294132307298104



**EXHIBIT 2:** INFRINGEMENT #3
URL: https://www.facebook.com/PerezHilton/posts/6294426430602025



**EXHIBIT 2:** INFRINGEMENT #4
URL: https://twitter.com/PerezHilton/status/1605328925005078529



**EXHIBIT 2:** INFRINGEMENT #5
URL: https://twitter.com/PerezHilton/status/1605368616165277697



**EXHIBIT 2:** INFRINGEMENT #6
URL: https://www.instagram.com/p/CmaBj5cvn1N/

